opinion
filed April 21, 1948; released for publication May 7, 1948. Whitty &
McGah, for appellant; Arthur W. Kennelly, of counsel; Mitchell
Kilanowski, for appellee. Opinion by JUSTICE KILEY. Not to be pub-
lished in full.

## Marcel A. Ackermann, Appellee, v. Josephine C. Ackermann, Appellant.

### Gen. No. 44,219.

opinion filed
April 21, 1948; released for publication May 7, 1948. Francis F. Moran,
for appellant; Harry G. Fins, for appellee. Opinion by JUSTICE KILEY.
Not to be published in full.

## Josephine Franks Glaser, Appellant, v. Chicago Title and Trust Company, Appellee. Moses Levitan et al., and Norvin H. Franks et al., Appellees.

### Gen. No. 44,234.

268

opinion filed·
April 21, 1948; released for publication May 7, 1948. Levinson, Becker
& Peebles, for appellant; Don M. Peebles and Halbert O. Crews, of
counsel; Harry H. Krinsky, for certain appellees; Wilhartz & Hirsch,
for certain other appellees; Samuel E. Hirsch and Warren' Krinsky, of
counsel. Opinion by JUSTICE KILEY. Not to be published in full.

Britta Randolph, Administratrix of Estate of Howard
Randolph, Deceased, Appellee, v. New York Cen-
tral Railroad Company, Appellant.

Term No. 4709.

